DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JOSHUA SOHN, Trial Attorney
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email: Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-3314
  Facsimile: (213) 894-0142
  Email: John.Kucera@usdoj.gov
      Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>        Defendant. | No. CV 17-04444-DSF (PLAx)<br><br>**NOTICE OF ORDER FILED IN RELATED CASE** |

1  On September 24, 2018, this Court issued the attached Order in the related case
2  *United States of America v. Certain Rights To and Interests in Shares of Series D*
3  *Preferred Stock in Palantir Technologies*, CV 17-4446-DSF (PLAx).
4  Pursuant to the Order, the government is providing notice of the Order to all
5  claimants in the related 1MDB civil forfeiture cases pending in this Court.

| Dated: October 3, 2018 | Respectfully submitted, |
|---|---|
| | DEBORAH CONNOR<br>Chief, MLARS |
| | NICOLA T. HANNA<br>United States Attorney |
| | /s/*John J. Kucera*<br>JOHN J. KUCERA<br>MICHAEL R. SEW HOY<br>Assistant United States Attorneys |
| | WOO S. LEE<br>Deputy Chief, MLARS<br>JOSHUA SOHN<br>JONATHAN BAUM<br>BARBARA LEVY<br>Trial Attorneys, MLARS |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |